■ In the Matter of MICHAEL S., Appellant, v KAREN J. K. et al., Respondents. [703 NYS2d 799] —Motion for poor person relief denied. Memorandum: Petitioner has failed to demonstrate the existence of any genuine issue of fact or law that would warrant reversal of Family Court's order determining that petitioner lacks standing to seek visitation with the child alleged to be his half-sister. Moreover, petitioner cannot make such a showing. This Court has previously held that petitioner's putative father is collaterally estopped from maintaining a paternity proceeding involving the child with whom petitioner seeks visitation (*Matter of Timothy J. T. v Karen J. H.,* 251 AD2d 1036, *appeal dismissed and lv denied* 92 NY2d 891). Present—Pine, J. P., Wisner, Scudder, Balio and Lawton, JJ.

■ In the Matter of JACK W. ADELMAN, a Suspended Attorney, Respondent. [703 NYS2d 405] —A certified copy of a certificate having been filed showing that Jack W. Adelman was convicted of attempted criminal possession of a forged instrument in the second degree, he is disbarred and his name is stricken from the roll of attorneys. Present—Green, A. P. J., Pine, Wisner, Pigott, Jr., and Scudder, JJ. (Filed Jan. 26, 2000.)

■ In the Matter of JAMES EDWARD BROWN, an Attorney, Respondent. [703 NYS2d 404] —Order of suspension entered pursuant to Judiciary Law § 90 (4) (f). Present—Green, A. P. J., Pigott, Jr., Hurlbutt, Scudder and Lawton, JJ. (Filed Jan. 26, 2000.)

■ In the Matter of JOSEPH HABIB HOBIKA, JR., an Attorney, Respondent. [703 NYS2d 405] —Order of suspension entered pursuant to Judiciary Law § 90 (4) (f). Present—Green, A. P. J., Pine, Wisner, Pigott, Jr., and Scudder, JJ. (Filed Jan. 26, 2000.)